UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN LYNN PETERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. VISHAL MANHAS,<br><br>　　　　Defendant. | Case No. 1:20-cv-00379-EPG (PC)<br><br>ORDER REQUIRING DEFENDANT TO RESPOND TO ORDER REGARDING EARLY SETTLEMENT CONFERENCE (ECF NO. 16)<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON |

　　　　Erin Lynn Peterson ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On July 22, 2020, the Court issued an order regarding early settlement conference. (ECF No. 16).  The Court gave defense counsel forty-five days to either "(1) file a notice that Defendant(s) opt out of the settlement conference; or (2) contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference."  (Id. at 2).  This deadline has passed, and it appears that defense counsel has not filed a notice opting out of the settlement conference or contacted ADR Coordinator Sujean Park to schedule the settlement conference.  Accordingly, the Court gives defense counsel until the close of business on September 25, 2020, to comply with the order regarding early settlement conference.  Defense counsel may be sanctioned if he does not comply with the order by the close of business on September 25, 2020.

\\\

\\\

Additionally, the Clerk of Court is directed to serve Senior Assistant Attorney General Monica Anderson with a copy of this order.

IT IS SO ORDERED.

Dated:  **September 21, 2020**                    /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE