UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN LYNN PETERSON, | Case No. 1:20-cv-00379-EPG (PC) |
| Plaintiff, | |
| v. | ORDER SETTING SETTLEMENT CONFERENCE |
| DR. VISHAL MANHAS, | |
| Defendant. | |

Erin Lynn Peterson ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. §1983. The Court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Jeremy D. Peterson to conduct a settlement conference on February 3, 2021, at 9:00 a.m. The settlement conference will be conducted by remote means, to be determined at a later date and time. The Court will issue the order detailing the procedures for the settlement conference and the necessary transportation order in due course.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Jeremy D. Peterson on February 3, 2021, at 9:00 a.m. The settlement conference will be conducted by remote means, to be determined at a later date and time.

2. The Clerk of Court is directed to serve a copy of this order on the Litigation Office at Kern County Lerdo Pre-Trial Facility, via facsimile at (661) 391-7886 or via email.

IT IS SO ORDERED.

Dated: **October 15, 2020**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2