UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN LYNN PETERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. VISHAL MANHAS,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00379-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR STATUS OF DOCUMENTS AND REQUIRING DEFENSE COUNSEL TO FILE STATUS REPORT<br><br>(ECF No. 38) |

　　　　Erin Lynn Peterson ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On February 3, 2021, this case settled. (ECF No. 36). The parties were directed to file dispositional documents within sixty days. (Id.).

　　　　On April 5, 2021, Plaintiff filed what the Court construes as a motion for status of documents. (ECF No 38). Plaintiff states that he has made numerous attempts to correspond with defense counsel, but he has not received a response. Plaintiff has not received a copy of the settlement agreement. Plaintiff asks the Court to notify defense counsel "to see what[']s the status of documents…." (Id. at 1).

　　　　The deadline for the parties to file their dispositional documents has passed, and the parties have not filed the dispositional documents. According to Plaintiff, defense counsel has

not even sent him a copy of the settlement agreement to sign. Accordingly, the Court will grant Plaintiff's motion and direct defense counsel to file a status report within seven days from the date of service of this order.

    Accordingly, IT IS ORDERED that defense counsel has seven days from the date of service of this order to file a report regarding the status of the settlement agreement and the dispositional documents.

IT IS SO ORDERED.

Dated: __April 8, 2021__          /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE