UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN LYNN PETERSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. VISHAL MANHAS,<br><br>　　　　　　Defendant. | Case No. 1:20-cv-00379-EPG (PC)<br><br>ORDER GRANTING DEFENSE COUNSEL'S REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 40) |

　　　　Erin Lynn Peterson ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On February 3, 2021, this case settled. (ECF No. 36). The parties were directed to file dispositional documents within sixty days. (Id.).

　　　　On April 5, 2021, Plaintiff filed what the Court construed as a motion for status of documents. (ECF No 38). On April 8, 2021, the Court granted Plaintiff's request and directed defense counsel to file a status report within seven days. (ECF No. 39).

　　　　On April 9, 2021, defense counsel filed the status report. (ECF No. 40). Defense counsel states that he recently received executed copies of the settlement documents from the California Department of Corrections and Rehabilitation ("CDCR"), and he forwarded them to Plaintiff. "Defense counsel has not been advised of any problems associated with delivery of the settlement

documents, nor have the settlement documents been returned as undeliverable." (Id. at 2).

"When it became apparent that the executed Settlement Documents would not be received by the dispositional deadline, Defense counsel contacted Magistrate Judge Peterson's Courtroom Deputy and advised of the situation. Defense counsel was in the process of preparing a request for a continuance at the time this Court issued the underlying Order." (Id.).

"Defense counsel respectfully requests that the Court continue the deadline for filing dispositional documents for at least an additional 30 days to allow Plaintiff time to receive, review, execute and return the settlement documents, and for them to be filed with the Court." (Id.).

The Court will grant defense counsel's request. Accordingly, IT IS ORDERED that the parties have thirty days from the date of service of this order to file the dispositional documents.

IT IS SO ORDERED.

Dated:   **April 12, 2021**                          /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE