UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN LYNN PETERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>    Defendant. | No. 1:20-cv-00379-NONE-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL<br><br>(Doc. No. 51)<br><br>ORDER FOR CLERK TO ASSIGN A DISTRICT JUDGE TO THIS CASE FOR THE PURPOSE OF CLOSING THE CASE AND THEN TO CLOSE THIS CASE |

Erin Lynn Peterson ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case settled on February 3, 2021. (Doc. No. 36.) In light of the settlement, on June 17, 2021, plaintiff filed a request to dismiss this case with prejudice. (Doc. No. 51.) Defendant does not appear to oppose plaintiff's request.

"Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

As this case has settled, the court will grant plaintiff's request and dismiss this case with prejudice. However, the court will retain jurisdiction over the litigation to enforce the terms of the parties' settlement agreement.

\\\

1

Accordingly,

1. Plaintiff's request for dismissal, (Doc. No. 51), is granted.
2. This action is dismissed with prejudice
3. The court retains jurisdiction over the litigation to enforce the terms of the parties' settlement agreement; and
4. The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:  **July 19, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

2