UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN LYNN PETERSON,<br><br>  Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>  Defendant. | Case No. 1:20-cv-00379-DAD-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S MOTION TO COMPEL<br><br>(ECF No. 55)<br><br>ORDER DIRECTING DEFENSE COUNSEL TO SERVE PLAINTIFF WITH SIGNED COPY OF SETTLEMENT AGREEMENT |

Erin Lynn Peterson ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case settled on February 3, 2021 (ECF No. 36), and was dismissed on July 20, 2021 (ECF No. 54).

On July 22, 2021, Plaintiff filed a motion to compel.  (ECF No. 55).  Plaintiff states that after the case settled, settlement documents were prepared and forwarded to California Department of Corrections and Rehabilitation ("CDCR") for review and approval.  (Id. at 1).  The documents included a settlement agreement, a request for dismissal, and a stipulation and proposed order substituting CDCR as a defendant in place of Dr. Manhas.  (Id.).  Plaintiff believes that all signatures have been obtained, but he has not been informed of the "settlement reward" or if all signatures were submitted.  (Id.).  "Plaintiff ask the Courts to compel to see settlement."[1]  (Id.).

---

[1] Errors in original.

1

1   It is not clear what relief Plaintiff is seeking. Plaintiff does not appear to allege that
2 Defendant violated the settlement agreement. And, Plaintiff appears to be correct that all
3 signatures have been obtained. The CDCR has been substituted into the case and the case has
4 been dismissed pursuant to the request for dismissal.
5   Plaintiff does ask to "see settlement." Thus, it appears that Plaintiff is requesting a copy
6 of the signed settlement agreement. As there is no indication in Plaintiff's motion or on the
7 docket that Plaintiff was ever provided with a signed copy, the Court will direct defense counsel
8 to provide Plaintiff with a signed copy of the settlement agreement.
9   Accordingly, IT IS ORDERED that defense counsel has seven days from the date of
10 service of this order to serve Plaintiff with a signed copy of the settlement agreement.

IT IS SO ORDERED.

Dated:   **July 28, 2021**                              /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE

2