UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN LYNN PETERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　Defendant. | Case No. 1:20-cv-00379-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT, WITHOUT PREJUDICE<br><br>(ECF No. 57) |

Erin Lynn Peterson ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case settled on February 3, 2021 (ECF No. 36), and was dismissed on July 20, 2021 (ECF No. 54).

On September 29, 2021, Plaintiff filed what the Court construes as a motion to enforce the settlement agreement. (ECF No. 57). Plaintiff states that he has not yet received the settlement payment, and he asks the Court to direct that the payment be made into his prison trust account, as agreed by the parties.

On October 14, 2021, Defendant filed an Updated Status Report Regarding Settlement Agreement. (ECF No. 59). According to Defendant, "[f]ollowing entry of the dismissal, CDCR prepared the payee documents necessary to disburse the settlement funds. These documents are currently being processed by the California State Controller's office (SCO). CDCR has advised October 12, 2021, was the deadline specified in the request to SCO, and they believe the funds

1

should be released on or before that date.  Once payment has been authorized by the SCO, and funds assigned, they will be transferred to the Plaintiff's inmate trust account." (Id. at 2).

It appears that the payment is in the process of being made, and that the funds will be transferred to Plaintiff's inmate trust account.  Thus, at this time, there is no need for the Court to direct Defendant to make the settlement payment.

Accordingly, IT IS ORDERED that Plaintiff's motion to enforce the settlement agreement is denied without prejudice.  If Plaintiff does not receive the funds within forty-five days from the date of service of this order, Plaintiff may renew the motion to enforce the settlement agreement.

IT IS SO ORDERED.

Dated:  **October 15, 2021**             /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2