1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERIN LYNN PETERSON,

               Plaintiff,

      v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION,

              Defendant.

Case No. 1:20-cv-00379-DAD-EPG (PC)

ORDER RE: PLAINTIFF'S MOTION FOR
COPY OF SETTLEMENT AGREEMENT
AND TRANSCRIPT

(ECF No. 61)

ORDER DIRECTING DEFENSE COUNSEL
TO SERVE PLAINTIFF WITH SIGNED
COPY OF SETTLEMENT AGREEMENT
AND TO FILE NOTICE OF COMPLIANCE
WITHIN FOURTEEN DAYS

Erin Lynn Peterson ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case settled on February 3, 2021 (ECF No. 36), and was dismissed on July 20, 2021 (ECF No. 54).

On November 29, 2021, Plaintiff filed a motion for a copy of the settlement agreement and the transcript of the settlement conference. (ECF No. 61).

As to Plaintiff's request for a copy of the settlement agreement, Plaintiff states that the only copy he received was the one he had to sign and send back. The Court notes that Plaintiff previously filed a motion for a copy of the settlement agreement (ECF No. 55), and the Court granted the request and directed Defendant to send Plaintiff a copy of the settlement agreement (ECF No. 56, p. 2). However, it is not clear if Defendant ever sent a copy to Plaintiff. Accordingly, the Court will direct Defendant to send Plaintiff a signed copy of the settlement

1    agreement and to file a notice of compliance with this order within fourteen days.

2          As to Plaintiff's request for a copy of the transcript of the settlement conference, Plaintiff

3    has cited no legal authority requiring the Court to pay for a copy of the transcript from a

4    settlement conference, and the Court is aware of none.  If Plaintiff wants a copy of the transcript,[1]

5    he may order it.  In this instance, he should write to Otilia Rosales, ECRO, 2500 Tulare Street,

6    Fresno, CA, 93721, Room 1501.  The correspondence should include the case name, case

7    number, date of hearing, and the portion(s) of the transcript that Plaintiff wishes to order.  Mrs.

8    Rosales can provide further information regarding the cost of obtaining this transcript.  The Court

9    notes that the transcript is not currently available through the Court's online electronic filing

10   system.

11         Based on the foregoing, IT IS HEREBY ORDERED that Defendant has fourteen days

12   from the date of service of this order to send Plaintiff a copy of the signed settlement agreement

13   and to file a notice of compliance with this order.

14

15   IT IS SO ORDERED.

16      Dated:   **December 1, 2021**            /s/ _Erica P. Grosjean_

17                                              UNITED STATES MAGISTRATE JUDGE

---

[1] It appears that only the terms of the settlement agreement were placed on the record.  (ECF No. 36).

2